**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID BAATZ, : No. 27 MAP 2017
:
        Appellant :
: Appeal from the order of the
: Commonwealth Court dated May 31,
        v. : 2017 at No. 10 MD 2017
:
:
COMMONWEALTH OF PENNSYLVANIA, :
BOARD OF PROBATION AND PAROLE, :
:
        Appellee :

## ORDER

**PER CURIAM**                           **DECIDED: January 18, 2018**

      **AND NOW**, this 18th day of January, 2018, the Order of the Commonwealth

Court is hereby **AFFIRMED**.